CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**

DEC 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED FARM WORKERS )
and )
FARMWORKER JUSTICE )
)
         Plaintiff )  Civil Action No.
vs )
)  Case: 1:07-cv-02241
DEPARTMENT OF LABOR )  Assigned To : Kennedy, Henry H.
)  Assign. Date : 12/13/2007
)  Description: FOIA/Privacy Act
         Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __United Farm Workers and Farmworker Justice__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __United Farm Workers and Farmworker Justice__ which have any outstanding securities in the hands of the public:

  None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

486293
BAR IDENTIFICATION NO.

Michael T. Kirkpatrick
Print Name

1600 20th Street, NW
Address

Washington, DC   20009
City    State    Zip Code

202-588-1000
Phone Number

2