IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED FARM WORKERS,** | ) |
| and | ) |
| **FARMWORKER JUSTICE,** | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No.: 07-2241 (HHK) |
| **UNITED STATES DEPARTMENT OF LABOR,** | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Michelle Johnson, Assistant United States Attorney, as counsel of record for the named federal defendant in the above-captioned action.

Respectfully submitted,

/s/

Michelle Johnson, #491910
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7139 (telephone)
(202) 514-8780 (facsimile)
Michelle.Johnson@usdoj.gov