IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED FARM WORKERS,** | ) |
| and | ) |
| **FARMWORKER JUSTICE,** | ) |
| **Plaintiffs,** | ) |
| v. | ) Civil Action No.: 07-2241 (HHK) |
| **UNITED STATES DEPARTMENT OF LABOR,** | ) |
| **Defendant.** | ) |

## THE PARTIES' JOINT MOTION FOR THE ENTRY OF A BRIEFING SCHEDULE

The parties to this action hereby file their Joint Motion for the Entry of a Briefing Schedule. In support of this motion, the parties assert the following:

1. Plaintiffs filed their complaint in this Court on December 13, 2007. Plaintiffs' complaint concerns seven separate requests submitted pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to the United States Department of Labor ("DOL").

2. Service appears to have been perfected on the defendant on December 13, 2007, making its response to the complaint due on or before January 14, 2008.

3. Counsel for the agency has been in discussions with the agency concerning a response to the complaint and has learned that the agency has not yet had the opportunity to respond to several of plaintiffs' FOIA requests and/or administrative appeals. The agency has indicated that it does expect to issue final decisions regarding any of the outstanding requests

and/or appeals that are the subject of this litigation on or before January 31, 2008. Depending on the agency's response to the outstanding requests/appeals, some of the issues to be presented to the Court may be resolved.

4. In addition, the defendant anticipates filing a dispositive motion in response to plaintiff's complaint, which defendant believes may resolve or significantly narrow the issues in this litigation. Plaintiffs similarly anticipate filing a dispositive motion regarding the issues raised in the complaint that they believe may resolve or significantly narrow the issues in this litigation. Accordingly, the parties seek the entry of the attached briefing schedule to establish deadlines for the parties to brief the issues involved in this litigation. Specifically, the parties propose that the Court enter the attached proposed order that would establish the following: Defendant will issue final determinations on the pending FOIA initial requests/appeals on or before January 31, 2008; Plaintiffs may file an Amended Complaint on or before February 8, 2008; Defendant will file its motion for summary judgment on March 3, 2008; Plaintiffs will file their opposition/cross-motion for summary judgment on April 4, 2008; Defendant will file its reply/opposition to plaintiffs' cross-motion on April 18, 2008; and Plaintiffs will file their reply in support of their cross-motion for summary judgment on May 2, 2008.

5.       Wherefore, the parties request that the Court enter their proposed briefing schedule to govern the briefing in this action.

Dated: January 14, 2008

Respectfully submitted,

/s/ Michael T. Kirkpatrick
Michael T. Kirkpatrick, D.C. BAR # 486293
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009

Attorney for Plaintiffs

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED FARM WORKERS,** ) | |
| ) | |
| and ) | |
| ) | |
| **FARMWORKER JUSTICE,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v.     ) | Civil Action No.: 07-2241 (HHK) |
| ) | |
| ) | |
| ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF LABOR,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

## **PROPOSED ORDER**

This matter having come before the Court on the parties' Joint Motion for Entry of a Briefing Schedule, and it appearing that the grant of such motion would be in the interest of justice, it is hereby

**ORDERED** that the parties' Joint Motion for Entry of a Briefing Schedule is hereby **GRANTED**. And it is further

**ORDERED** that the defendant shall respond to plaintiffs' outstanding FOIA requests, which are the subject of the complaint, on or before January 31, 2008. And it is further

**ORDERED** that plaintiffs may file an Amended Complaint on or before February 8, 2008. And it is further

**ORDERED** that defendant shall file a dispositive motion on or before March 3, 2008 and defendant's time to respond to the complaint or amended complaint is expressly extended until

March 3, 2008 for this purpose. And it is further

**ORDERED** that plaintiffs shall file their opposition to defendant's motion and their cross-motion for summary judgment on or before April 4, 2008. And it is further

**ORDERED** that defendant shall file its reply/opposition to plaintiffs' motion on or before April 18, 2008. And it is further

**ORDERED** that plaintiffs shall file their reply in support of their cross-motion for summary judgment on or before May 2, 2008.

**SO ORDERED** on this ____ day of _____, 2008.

_____
HENRY H. KENNEDY
United States District Judge