## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED FARM WORKERS )<br>)<br>and )<br>)<br>FARMWORKER JUSTICE )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>)<br>UNITED STATES DEPARTMENT )<br>OF LABOR )<br>)<br>Defendant. )<br>_____ ) | C.A. No. No.: 07-2241 (HHK) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Virginia Ruiz as counsel of record for the plaintiffs in the above captioned action.

                                                Respectfully submitted,

                                                /s/

Virginia Ruiz (DC Bar #483800)
Farmworker Justice
1126 16th Street, NW, Suite 270
Washington, DC  200236
(202) 293-5420
(202) 293-5427 (fax)
vruiz@farmworkerjustice.org