## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED FARM WORKERS )<br>)<br>and )<br>)<br>FARMWORKER JUSTICE )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>)<br>UNITED STATES DEPARTMENT )<br>OF LABOR )<br>)<br>Defendant. )<br>_____ ) | C.A. No.: 07-2241 (HHK) |

### **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Marni Willenson as counsel of record for the plaintiffs in the above-captioned action.

Respectfully submitted,

 /s *Marni Willenson*
Marni Willenson  (Bar No. IL0011)
Farmworker Justice
4064 N. Lincoln Ave., Suite 359
Chicago, IL 60618
312-546-4137 Chicago
202-640-1918 Washington, DC
312-261-9977 Fax

1