UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED FARM WORKERS ) | |
| and ) | |
| FARMWORKER JUSTICE, ) | C.A. No.: 07-2241 (HHK) |
| Plaintiffs, ) | |
| v. ) | |
| DEPARTMENT OF LABOR, ) | |
| Defendant. ) | |

**██████ ORDER GRANTING LEAVE
TO DEPOSIT FUNDS TO THE COURT'S REGISTRY**

This matter having come before the Court on plaintiffs' unopposed motion for leave to deposit funds to the Court's registry, and it appearing that the grant of such motion would be in the interest of justice, it is hereby

**ORDERED** that plaintiffs are **GRANTED** leave to deposit $810.65 to the Court's registry. It is further

**ORDERED** that defendant shall produce the material responsive to plaintiffs' October 23, 2007 FOIA requests.

**SO ORDERED** on this 20th day of February, 2008.

_Henry Kennedy, Jr._
HENRY H. KENNEDY
United States District Judge