UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED FARM WORKERS )
)
and )
)
FARMWORKER JUSTICE, )
) C.A. No.: 07-2241 (HHK)
Plaintiffs, )
)
v. )
)
DEPARTMENT OF LABOR, )
)
Defendant. )
_____ )

**FILED**

**FEB 2 2 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER GRANTING LEAVE TO DEPOSIT FUNDS TO THE COURT'S REGISTRY

This matter having come before the Court on plaintiffs' unopposed motion for leave to deposit funds to the Court's registry, and it appearing that the grant of such motion would be in the interest of justice, it is hereby

**ORDERED** that plaintiffs are **GRANTED** leave to deposit $810.65 to the Court's registry. It is further

**ORDERED** that defendant shall produce the material responsive to plaintiffs' October 23, 2007 FOIA requests.

SO ORDERED on this 20th day of February, 2008.

HENRY H. KENNEDY
United States District Judge

RECEIVED
FEB 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
DUPLICATE
Court Name: District of Columbia
Division: 1
Receipt Number: 4616010576
Cashier ID: lfizer
Transaction Date: 02/27/2008
Payer Name: FARMERWORKER JUSTICE
-------------------------------------
TREASURY REGISTRY
For: FARMERWORKER JUSTICE
Case/Party: D-DCX-1-07-CV-002241-001
Amount:         $810.65
-------------------------------------
CHECK
Check/Money Order Num: 1205
Amt Tendered: $810.65
-------------------------------------
Total Due:       $810.65
Total Tendered:  $810.65
Change Amt:        $0.00

07-2241

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for...
```