IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED FARM WORKERS,** | ) |
| and | ) |
| **FARMWORKER JUSTICE,** | ) |
| **Plaintiffs,** | ) |
| v. | ) Civil Action No.: 07-2241 (HHK) |
| **UNITED STATES DEPARTMENT OF LABOR,** | ) |
| **Defendant.** | ) |

**DEFENDANT'S CONSENT MOTION TO AMEND THE BRIEFING SCHEDULE**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, through counsel, respectfully moves this Court to extend the briefing schedule in this matter by one week. In support of this motion, defendant asserts the following:

1. Plaintiffs filed their complaint in this Court on December 13, 2007. Plaintiffs' complaint concerns seven separate requests submitted pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to the United States Department of Labor ("DOL").

2. On January 14, 2008, the parties filed a joint motion for a briefing schedule, which was granted by the Court on January 16, 2008. Pursuant to that briefing schedule, defendant was afforded until January 31, 2008, to respond to plaintiff's outstanding FOIA requests and plaintiff was afforded until February 8, 2008 to file an amended complaint. Defendant's motion for summary judgment was scheduled to be filed by March 3, 2008, with

plaintiffs' cross-motion for summary judgment/opposition to be filed on April 4, 2008; defendant's reply and opposition to be filed on April 18, 2008, and plaintiff's reply due May 2, 2008. On January 31, 2008, defendant responded to plaintiff's outstanding requests, and plaintiffs filed their amended complaint on February 8, 2008.

3. The undersigned counsel has been working with agency counsel to finalize the defendant's motion for summary judgment, however, due to the undersigned counsel's demanding case load, she requires additional time to finalize the defendant's motion for summary judgment and for the necessary review of the motion to occur.

4. Accordingly, defendant requests that the Court extend the briefing schedule in this matter by one week to afford defendant until March 10, 2008, to file its motion for summary judgment. Plaintiffs would then have until April 11, 2008 to file their cross- motion for summary judgment/opposition to defendant's motion; defendant would file its reply in further support of its motion/opposition to plaintiffs' cross-motion on April 25, 2008; and plaintiffs would file their reply in further support of their cross-motion on May 9, 2008.

5. Pursuant to Local Civil Rule 7(m), undersigned counsel consulted with counsel for plaintiffs prior to filing this motion and was informed that plaintiffs consent to the relief being sought.

Dated: February 29, 2008

                                            Respectfully submitted,

                                              /s/ Jeffrey A. Taylor
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

      /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122

      /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED FARM WORKERS, | ) |
| and | ) |
| FARMWORKER JUSTICE, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No.: 07-2241 (HHK) |
| UNITED STATES DEPARTMENT OF LABOR, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

This matter having come before the Court on the defendant's Consent Motion to Amend the Briefing Schedule, and it appearing that the grant of such motion would be in the interests of justice, it is hereby

**ORDERED** that the defendant's Consent Motion to Amend the Briefing Schedule is hereby **GRANTED**.  And it is further

**ORDERED** that defendant shall file a dispositive motion on or before March 10, 2008 and defendant's time to respond to the amended complaint is expressly extended until March 10, 2008 for this purpose.  And it is further

**ORDERED** that plaintiffs shall file their opposition to defendant's motion and their cross-motion for summary judgment on or before April 11, 2008.  And it is further

**ORDERED** that defendant shall file its reply/opposition to plaintiffs' motion on or

before April 25, 2008.  And it is further

    **ORDERED** that plaintiffs shall file their reply in support of their cross-motion for summary judgment on or before May 9, 2008.

    **SO ORDERED** on this \_\_\_\_ day of _____, 2008.

_____
HENRY H. KENNEDY
United States District Judge