UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED FARM WORKERS ) <br> ) <br> and ) <br> ) <br> FARMWORKER JUSTICE, ) <br> ) C.A. No. 07-2241 (HHK) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF LABOR, ) <br> ) <br> Defendant. ) <br> _____ ) | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs United Farm Workers and Farmworker Justice submit this response in opposition to defendant's motion for summary judgment (Docket 12) and incorporate by reference the documents submitted with plaintiffs' cross-motion for summary judgment (Docket 13).

Respectfully submitted,

/s/ Michael T. Kirkpatrick
Michael T. Kirkpatrick (DC Bar #486293)
Adina H. Rosenbaum (DC Bar #490928)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
(202) 588-1000

Bruce Goldstein (DC Bar #446848)
Virginia Ruiz (DC Bar #483800)
Marni Willenson (Bar # IL0011)
FARMWORKER JUSTICE
1126 16th Street, NW, Suite 270
Washington, DC 20036
(202) 293-5420

Dated: April 11, 2008                                         Attorneys for Plaintiffs