**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

MAY 0 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED FARM WORKERS | ) |
| | ) |
| and | ) |
| | ) |
| FARMWORKER JUSTICE, | ) |
| | )  C.A. No. 07-2241 (HHK) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DEPARTMENT OF LABOR, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER GRANTING LEAVE TO**
**WITHDRAW FUNDS FROM THE COURT'S REGISTRY**

This matter having come before the Court on plaintiffs' motion to withdraw funds from the

Court's registry, and it appearing that the grant of such motion would be in the interest of justice,

it is hereby

**ORDERED** that plaintiffs are **GRANTED** leave to withdraw from the Court's registry the

$810.65 that plaintiffs deposited on February 27, 2008, plus any income earned.

SO ORDERED on this 2ND day of _____May_____, 2008.

HENRY H. KENNEDY
United States District Judge